ACCEPTED
14-15-00062-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
8/21/2015 9:15:33 AM
CHRISTOPHER PRINE
CLERK

NO. 14-15-00062-CV

_____

IN THE COURT OF APPEALS FOR THE
FOURTEENTH JUDICIAL DISTRICT
HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
8/21/2015 9:15:33 AM
CHRISTOPHER A. PRINE
Clerk

_____

IRENE SILVA AND DAVID SILVA,
*Appellants*,

v.

THE CITY OF PASADENA
*Appellee*.

_____

On Appeal from the 189th Judicial District Court
of Harris County, Texas; Trial Court No. 2013-36912

_____

**APPELLEE'S UNOPPOSED MOTION TO
EXTEND TIME TO FILE APPELLEE'S BRIEF**

_____

TO THE HONORABLE FOURTEENTH COURT OF APPEALS:

Appellee The City of Pasadena files this unopposed motion to extend the time to file Appellee's Brief under Texas Rules of Appellate Procedure 38.6(d) and 10.5(b).

The Clerk's Record was filed on March 2, 2015. Thus, Appellants' brief was originally due on April 1, 2015. Appellants did not file their brief or a motion to extend the deadline by that date. Thus, on May 7, 2015, the Court ordered Appellants to file their brief on or before June 8, 2015.

On June 8, 2015, Appellants filed an unopposed request for an additional 30 days to file their brief, which the Court granted. Thus, Appellants' brief was due on July 8, 2015, effectively giving Appellants approximately 120 days after the Clerk Record was filed to complete their brief. Appellants filed their brief on July 9, 2015.

Appellee's brief was originally due on August 10, 2015. Appellee previously filed an unopposed motion to extend the deadline to file its brief by 14 days. The Court granted that motion, rendering Appellee's brief due on August 24, 2015.

Appellee's counsel is unable to finalize and file Appellee's brief by the current August 24, 2015, deadline. Appellee respectfully requests the Court to extend the deadline by 30 days, rending Appellee's brief due on or before September 23, 2015.

Appellee's counsel has been unable to complete the brief by the August 24, 2015, deadline due to his involvement in the following additional matters:

Cause No. 14-7181; *Jarrod Beck, et al. v. Test Master Educational Services, Inc.*; United States Court of Appeals for the District of Columbia Circuit. Preparation of Appellant's Reply Brief, which was filed on August 10, 2015.

Cause No. 15-10443; *Hartford Casualty Insurance Co, et al v. DP Engineering, LLC, et al;* United States Court of Appeals for the Fifth Circuit. Preparation of Appellee's Brief, originally due on August 21, 2015.

Cause No. 08-15-00113-CV; *Sims v. The City of Madisonville, et al.*; Eighth Judicial District Court of Appeals. Preparation of Appellees' Brief, which is currently due on September 11, 2015.

2

Cause No. [to be assigned]; *Miguel Zaragoza Fuentes v. 245th Judicial District Court of Harris County, Texas*; United States Supreme Court. Preparation of a Petition for Writ of Certiorari, which is currently due on September 17, 2015.

This motion is not sought for the purpose of delay, but to ensure the Court has adequate and sufficient briefing to aid in its decision-making process.

For these reasons, Appellee respectfully requests this Court to extend Appellee's deadline to its brief by 30 days, rending Appellee's brief due on or before <u>September 23, 2015</u>. Appellee further requests general relief to which it may be justly entitled.

Respectfully submitted,

CHAMBERLAIN, HRDLICKA, WHITE,
WILLIAMS & AUGHTRY

By:   /S/ Steven J. Knight
     William S. Helfand
     State Bar No. 09388250
     bill.helfand@chamberlainlaw.com
     Steven J. Knight
     State Bar No. 24012975
     steven.knight@chamberlainlaw.com
     1200 Smith, Suite 1400
     Houston, Texas  77002
     Telephone: (713) 658-1818
     Facsimile: (713) 658-2558

COUNSEL FOR APPELLEE THE CITY OF
PASADENA

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing has been forwarded to all counsel of record on August 21, 2015, in the manner indicated below:

Via E-Filing
Andre L. Ligon
Joshua R. Willoughby
1314 Texas Ave. #1500
Houston, TX  77002
ligonandassociates@gmail.com
attorneyjrw@gmail.com


          /S/ Steven J. Knight
          Steven J. Knight


## CERTIFICATE OF CONFERENCE

I conferred with Joshua R. Willoughby on August 21, 2015, and Mr. Willoughby stated that he is unopposed to the relief requested in this motion.


          /S/ Steven J. Knight
          Steven J. Knight


1971132_1